```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

JOHN CONTEH,                        )
                                    )
            Petitioner              )
                                    )          Civil Action No.
       v.                           )          04cv11685-RWZ
                                    )
JOSEPH F. MCDONOUGH, Sheriff        )
                                    )
                                    )
            Respondent[1]           )

## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(1) and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                    By:  <u>s/Frank Crowley</u>
                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
                        (617) 565-2415

---

[1] <u>See</u> 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on August 18, 2004.

                                      s/Frank Crowley
                                      FRANK CROWLEY
                                      Special Assistant U.S. Attorney
                                      Department of Homeland Security
                                      P.O. Box 8728
                                      J.F.K. Station
                                      Boston, MA 02114