U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA 02203-0002

In the Matter of:                    Case No.: A73-630-730
CONETH, JOHN
                                     Docket: BOSTON, MASSACHUSETTS

RESPONDENT                           IN REMOVAL PROCEEDINGS

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Naturalization Service and the respondent, it is HEREBY ORDERED that:

The Immigration Court does not have jurisdiction over this matter.

                                     THOMAS M. RAGNO
                                     Immigration Judge
                                     Date: Oct 1, 2002

Appeal: WAIVED   (A/I/B)
Appeal Due By:

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: _____      BY: COURT STAFF _____
      Attachments:   [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other

---

Form EOIR 1 - 1T (Custody - REMOVAL)
DP