UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN CONTEH
        Petitioner

             CIVIL ACTION

    V.

             NO. 04CV11685-RWZ

JOSEPH F. MCDONOUGH
        Respondent

ORDER OF DISMISSAL

ZOBEL, D. J.

    In accordance with the Court's Memorandum and Order dated 10/12/04 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                By the Court,

                s/ Lisa A. Urso
Date: 10/13/04           Deputy Clerk

(2254dism.ord - 09/92)           [odism.]