JOHN CONTEH
PCCF,
26 LONG POND ROAD,
PLYMOUTH, MA. 02360
15TH JANUARY, 2005.

FILED
IN CLERKS OFFICE
2005 JAN 19 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS

HON. RYA. W. ZOBEL,
U.S. DISTRICT JUDGE,
U.S. DISTRICT COURT,
DISTRICT OF MASSACHUSETTS,
BOSTON, MA. 02210

RE: 04-CV-11685 (RWZ.)
CONTEH V. MCDONOUGH

HUMBLY ASKING FOR MERCY IN THE FORM OF INJUNCTIVE RELIEF (BOND) FROM DETENTION

HON. RYA. W. ZOBEL,
U.S. DISTRICT JUDGE.

   I, JOHN CONTEH, DECLARE UNDER THE PAIN AND PENALTY OF PERJURY. THAT:-

   1. I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE PETITIONING THIS COURT FOR AN INJUNCTIVE RELIEF FROM DETENTION DUE TO THE LONG PERIOD OF TIME IN DETENTION BY RESPONDENT WITH A BOND SEE EXHIBIT-A SINCE JULY 2004.

   2. THAT I WAS GRANTED ASYLUM FROM SIERRA LEONE ON JULY 9, 1997 BY THE EXECUTIVE BRANCH SEE EXHIBIT-B OR 4.

   3. THAT, THE RESPONDENT HAS NOT GIVEN ME ANY DOCUMENT FROM NEW YORK SHOWING THAT I AM NO LONGER AN ASYLEE (WHERE I WAS GRANTED ASYLUM).

   4. THAT, MY CONSPIRACY CONVICTION. THIS CRIME (CONSPIRACY) WAS COMMITTED BEFORE THE GOVERNMENT GRANTED ME ASYLUM IN JULY 1997.

   5. THAT, I AM NOT A THREAT TO THIS COUNTRY

   6. THAT WHEN I WAS ARRESTED IN 1998, I WAS RELEASED

ON THE SAMEDAY ON A BOND WHICH I LATER SECURED BY $500.

7. THAT, THROUGHOUT MY CRIMINAL PROCEEDINGS OVER ONE YEAR, I DID NOT VIOLATE MY BOND.

8. THAT, EVEN AFTER I WAS CONVICTED ON DECEMBER 9, 1999 BY THE JURY, THE DISTRICT JUDGE, HON. LEWIS A. KAPLAN RELEASED PETITIONER TO CONTINUE ON BOND.

9. THAT, AFTER I WAS SENTENCED ON JULY 24, 2000, THE COURT ALLOWED PETITIONER TO CONTINUE ON BOND AND GAVE PETITIONER AN OPPORTUNITY TO VOLUNTARILLY SELF SURRENDER TO THE U.S. MARSHALLS (S.D.N.Y) TO START SERVING MY SENTENCE IN SEPTEMBER 2000.

10. THAT, I SELF SURRENDERED AS ORDERED BY THE COURT IN SEPTEMBER 2000.

11. THAT, I SERVED MY SENTENCE AT F.M.C. DEVENS IN AYER MASSACHUSETTS WITHOUT ANY VIOLATIONS.

12. THAT, I WILL FULLY COMPLY BY ALL THE BOND CONDITIONS THE COURT WILL IMPOSE ON ME.

13. THAT MY WIFE HAS APPLIED FOR UNITED STATES CITIZENSHIP.

14. THAT I ALSO HAVE AN ALIEN I-130 PETITION FILED BY MY WIFE PENDING SINCE JANUARY 2002.

15. THAT, THE RESPONDENT HAS FILED AND SUBMITTED EXHIBIT AND ARGUMENT THAT, I WAS GRANTED A BOND HEARING ON OCTOBER 1, 2002 BY AN IMMIGRATION JUDGE.

16. THAT, UNDER THE PAINS AND PENALTY OF PERJURY, THE EXHIBIT AND ARGUMENT DATED OCTOBER 1, 2002 SEE X-C. I NEVER SAW TILL RESPONDENT SUBMITTED IT TO THIS COURT.

17. THAT, I HAVE GONE THROUGH THE ENTIRE TRANSCRIPTS OF OCTOBER 1, 2002.

18. THAT THE ENTIRE TRANSCRIPTS OF OCTOBER 1, 2002 DO NOT CONTAIN ANYTHING SUPPORTING RESPONDENT'S CLAIM.

19. THAT, PETITIONER WILL SUBMIT TO THIS HONOURABLE COURT THE ONLY ORDER OF THE IMMIGRATION JUDGE ISSUED ON OCTOBER 1, 2002 AS EXHIBIT-D.

page 3 of 3

20. That Respondent's exhibit and the only order issued by the Immigration Judge on October 1, 2002 differ significantly, in that, the only order (true) issued by the Immigration Judge on October 1, 2002 has the signature of the Immigration Judge that issued the order, and two, it has a certificate of service dated October 1, 2002 and signed by the court staff, that it was served to Petitioner and Petitioner's Attorney.

21. That Respondent's exhibit (see X-C) and argument about a bond hearing on October 1, 2002 should be considered a fraud against the court, absent a showing in the record for October 1, 2002 that such hearing was held.

22. That, since Petitioner has been in detention for over three years now while he remains an asylee (absent a document from New York).

23. Respondent's exhibit and argument should be rejected, there was no bond hearing held on that October 1, 2002.

Petitioner respectfully asks this court to have mercy and grant his request for injunctive relief in the form of bond release from detention by Respondent.

For the foregoing reason, I humbly ask this court to grant the injunctive relief.

Dated: 15th January, 2005,
Plymouth, MA. 02360.

Respectfully submitted,
John Conteh #30635,
PCCF,
26 Long Pond Road,
Plymouth, MA. 02360

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Custody Determination

File No: A73 630 730
Date: 6/22/01

FILED
IN CLERKS OFFICE

2005 JAN 19 PM 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS

John
CONTEH

FMC Devens
Ayer                                    MA    01432

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the Immigration Judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.
☐ released under bond in the amount of $ _____.
☐ released on your own recognizance.

☐ You may request a review of this determination by an Immigration Judge.
☒ You may not request a review of this determination by an Immigration Judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized officer)

Assistant District Director INV
(Title of authorized officer)

Boston, MA
(INS office location)

☒ do  ☐ do not request a redetermination of this custody decision by an Immigration Judge.
☒ I acknowledge receipt of this notification.

X _____        JUN 27 2001
    (Signature of respondent)                      (Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge        ☐ District Director        ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.
☐ Detain in custody of this Service.
☐ Bond amount reset to _____

☐ Release - Order of Recognizance.
☐ Release - Personal Recognizance.
☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97) N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act

CLERKS OFFICE
FILED
2005 JAN 19 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS

File No: A73 630 730

In the Matter of:

Respondent: John                                                     CONTEH

FMC Devens  PO Box 880
Ayer                                                                  MA    01432        (978) 796-1000
(Number, street, city, state and ZIP code)                                           (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Sierra Leone and a citizen of Sierra Leone;
3. You were admitted to the United States at New York, NY on or about January 5, 1995 as a non-immigrant visitor;
4. On July 9, 1997 you were granted asylum at New York, NY;
5. You were, on July 24, 2000, convicted in the United States District Court at Southern District of New York for the offense of Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 371.
6. The loss to the victim(s) of that crime was an amount exceeding $10,000.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(K) of the Act, (an offense that involves fraud or deceit in which t oss to the victim or victims exceeds $10,000).

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)    ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: Room 320, John F. Kennedy Building, Government Center, Boston, MA 02203.
(Complete Address of Immigration Court, Including Room Number, if any)

on ___to be set___ at _____ to show why you should not be removed from the United States based on the
   (Date)          (Time)
charge(s) set forth above.

_____
Assistant District Director INV
(Signature and Title of Issuing Officer)

Date: 5/22/01                                          Boston, MA
                                                       (City and State)

See reverse for important information

Form I-862 (Rev. 4-1-97)

X-D.

```
                    IMMIGRATION COURT              FILED
                  JFK FEDERAL BLDG., ROOM 320    IN CLERKS OFFICE
                     BOSTON, MA  02203-0002
                                                 2005 JAN 19  P 2:58
In the Matter of
                                                 U.S. DISTRICT COURT
                                                 DISTRICT OF MASS
                             Case No.: A73-630-730
CONETH, JOHN
      Respondent             IN REMOVAL PROCEEDINGS
```

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 1, 2002.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[✓] The respondent was ordered removed from the United States to _Sierra Leone_
    or in the alternative to
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to
    alternative to
[ ] Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $_____
    with an alternate order of removal to
[ ] Respondent's application for asylum was ( )granted  ( )denied
    ( )withdrawn.
[✓] Respondent's application for withholding of removal was ( )granted
    (✓)denied  ( )withdrawn. (_interim_)
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted  ( )denied  ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)    ( ) granted under section 240A(b)(2)
    ( ) denied  ( ) withdrawn. If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
    ( )granted  ( )denied  ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted  ( )denied  ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[✓] Other: _Convention against torture defense withdrawn_
    Date: Oct 1, 2002
    Appeal: Waived/Reserved    Appeal Due By: _____

                                          _____
                                          THOMAS M. RAGNO
                                          Immigration Judge

DP

CLOSED, APPEAL

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:98-cr-00876-LAK-2

**Case title:** USA v. Koita
**Other court case number(s):** None
**Magistrate judge case number(s):** 1:98-mj-00436

**Date Filed:** 08/11/98

---

**Assigned to:** Judge Lewis A. Kaplan
**Referred to:**

**Defendant(s)**
----------------------

| | |
|---|---|
| **John Conteh** (2)<br>*TERMINATED: 07/24/2000* | represented by **Edward J.M. Little**<br>Zuckerman, Spaeder, Goldstein, Taylor & Kolker, L.L.P.<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 479-6500<br>*TERMINATED: 07/24/2000*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment*<br><br>**Sanford N. Talkin**<br>Kings County Dist. Atty.<br>210 Joralemon St.<br>Bklyn, NY 11202<br>718/250-2972<br>*TERMINATED: 07/24/2000*<br>*LEAD ATTORNEY*<br>*Designation: Retained* |

**Pending Counts**
----------------------

18:371.F 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1)

**Disposition**
----------------

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 12 months and a day. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on each co unt, said term to run concurrently.